Lorenzo **NAVIA–PEREZ;**
et al., Petitioners,

v.

Alberto R. **GONZALES,** Attorney General, Respondent.

No. 05–74905.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 31, 2006.

Simon Salinas, Esq., Tustin, CA, for Petitioners.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

### MEMORANDUM **

Husband and wife Lorenzo Navia–Perez and Maria Sanchez–Lara, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' orders dismissing their appeals from an immigration judge's ("IJ") decision denying their applications for cancellation of removal. We dismiss the petition for review.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

We lack jurisdiction to review the IJ's discretionary determination that petitioners failed to show exceptional and extremely unusual hardship. *See Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir.2005). Accordingly we do not consider petitioners' contention that the IJ abused his discretion in weighing the evidence and considering the factors related to hardship. *See id.* ("[t]raditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

We do not consider Sanchez–Lara's contention regarding physical presence, because her failure to establish hardship is dispositive.

**PETITION FOR REVIEW DISMISSED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.